UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAN WU,<br><br>    Plaintiff,<br><br>    v.<br><br>HON. MARY KREBER VARIPAPA, et al.,<br><br>    Defendants. | Case No. 8:25-cv-01550-ODW-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Under 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1), the Petition (Dkt. 7), the Order re Complaint (Dkt. 10), and the Report and Recommendation of the magistrate judge (Dkt. 11, "Report"). Plaintiff did not file a timely objection to the Report or timely seek additional time. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that: (1) the Request to Proceed In Forma Pauperis (Dkt. 2) is DENIED; the Petition (Dkt. 7) is DENIED; and (3) Judgment shall be entered dismissing this action without prejudice.

Dated: September 23, 2025

_____
OTIS D. WRIGHT, II
United States District Judge