JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAN WU, | Case No. 8:25-cv-01550-ODW-JDE |
| Plaintiff, | JUDGMENT |
| v. | |
| HON. MARY KREBER VARIPAPA, et al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT this action is DISMISSED without prejudice.

Dated: September 23, 2025

_____
OTIS D. WRIGHT, II
United States District Judge